No. 83–6934. THURMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–35. KOSTADINOV v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–39. YOUNG BROTHERS, INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–41. MOORE, DBA LOG MOUNTAIN MINING CO. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–47. PERSINGER ET AL. v. ISLAMIC REPUBLIC OF IRAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–50. TEACHERS INSURANCE & ANNUITY ASSN. ET AL. v. SPIRT ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–64. CRYTS ET AL. v. FRENCH, TRUSTEE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–78. CAMPBELL ET AL. v. DEPARTMENT OF TRANSPORTATION ET AL. C. A. Fed. Cir. Certiorari denied.

No. 84–81. MORGAN v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 84–86. SCRIPPS-HOWARD BROADCASTING CO. ET AL. v. BARBER ET UX. Ct. App. Ohio, Stark County. Certiorari denied.

No. 84–92. EL PASO COUNTY COMMUNITY COLLEGE DISTRICT ET AL. v. PROFESSIONAL ASSOCIATION OF COLLEGE EDUCATORS, TSTA/NEA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–93. FINE v. BARRY & ENRIGHT PRODUCTIONS ET AL. C. A. 9th Cir. Certiorari denied.